*L. Laflin Kellogg, Alfred C. Petté* and *Franklin Nevius* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: CHASE, J.

———

ELWAY COMPANY, Respondent, *v.* LOUIE R. PETTIT et al., Appellants.

*Elway Company* v. *Pettit*, 157 App. Div. 891, affirmed.
(Argued October 15, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a tax lien upon real property.

*James A. Sheehan* for appellants.

*Frank L. Polk, Corporation Counsel (John B. Shanahan* and *James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: CHASE, J.